# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ALBERTO RODRIGUEZ STEPHENSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0647

_____

August 14, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Blair Allen, Public Defender, and Anthony W. Surber, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.